United States District court
Southern District of West Virginia

Matthew a Short V. FBI and DEA

Complant

I have been violated bad my privacy my rights my security has been took from me for years 17 of them. The FBI came into my house in 2005 hooking for the sniper Shawn Lester but they got it wrong way wrong don't even know the Guy. Then my hell begins Fbi put my Girl friend on witness protection and switched her with lookalikes. So I asked them why are you here you want names and information. She touched the bottom of the tabel said im a flip and switch. So I told her everthing i said diddent do it or no who did it or diddent have it done. I work underground so im gone a lot 12-14 hours a day im not home much. They Caught shawn Lester for the sniper shootings. They still stayed making my life a Living hell for me and my kids. Ther in my house with no warrant they've put recourding devices in my house taking pictures of my kids naked and one. recourding everthing we say. Its humiliations for us. I asked for a lawer to Quit investigatin me

FILED
MAY 26 2023

they ingnore me and kep going. They dont want me sleeping with the CI conifidential informants so they put medican in my snuff when I found that out they put gas in my aircondion container so I had to breth it. I cant breath good now I have panic attckes. It made my hair fell out my whole body hurts in dizzy bad now. I hate Getting in my Car. It messed me up. But now the DEA are try to Bust dealers bringing drugs in my house arround my kids. Pleas Help me I want the FBI, DEA, and the conifidential informants out of my house and my life.

matthew G. Short
Matthew G Short
205 Laura Lane
Charleston WV 25302

304-345-0219